LEON B. KWARTLER, Respondent, *v.* REBECCA I. KWARTLER, Appellant.

Submitted October 5, 1943; decided November 18, 1943.

*George G. Lake* for appellant.

*Morris Akner* and *Benjamin Koenig* for respondent.

Order affirmed, without costs. Question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.